UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IDRIS KINARD,<br>          Petitioner,<br><br>     v.<br><br>KATHY BRITTAIN, *SUPERINTENDENT*,<br>and SCI FRACKVILLE,<br>          Respondents. | :<br>:<br>:<br>:   No. 2:21-cv-01992<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 31st day of October, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 16, is **ADOPTED in part**.

2. Petitioner's objections, ECF No. 21, are **SUSTAINED in part and OVERRULED in part**.

3. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED and DENIED**.

4. There is no basis for the issuance of a certificate of appealability.

5. This action is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge